IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

HAILEY MARIE WASHAM                                              PLAINTIFF

v.                          No. 4:21-cv-523-DPM

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                                DEFENDANT

## JUDGMENT

Washam's complaint is dismissed with prejudice. The Court retains jurisdiction until 30 December 2022 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

29 November 2022